Eric W. Bloom (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Telephone:     (202) 282-5000
Facsimile:     (202) 282-5100
ebloom@winston.com

C. MacNeil Mitchell (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400
cmitchell@winston.com

Richard A. Lapping (SBN:  107496)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400
rlapping@winston.com

Attorneys for Applicant,
THE REPUBLIC OF ECUADOR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of:<br><br>THE REPUBLIC OF ECUADOR,<br><br>    Applicant,<br><br>For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents In a Foreign Proceeding Pursuant to 28 U.S.C. § 1782. | Case No. _10-MC-80225 CRB (EMC) &C10-80324CRB<br><br>AMENDED<br>[P~~ROP~~OSED] ORDER GRANTING MOTION TO SHORTEN TIME TO HEAR MOTION TO COMPEL AND EXPEDITE PRODUCTION IN ACCORDANCE WITH PRIOR COURT ORDERED STIPULATION |

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

# [~~PRO~~POSED] ORDER

For the reasons set forth in the Republic of Ecuador's Motion To Shorten Time, and upon consideration of the entire record, the Motion ought to be, and is, hereby **GRANTED**. Respondent Borja shall file and serve any opposition to the Motion to Compel by ~~January 11, 201~~1 1/19/11 by 4:00 p.m.. Applicant Republic of Ecuador shall file and serve any reply to the opposition by ~~January 14, 201~~1 1/24/11 (not to exceed 6 pages). Unless otherwise ordered, the hearing on the Motion to Compel is set for ~~January 19, 2011 at 10:00 a.m.~~ 2/2/11 at 10:30 a.m. before the undersigned at Courtroom C, ~~17~~15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: 1/13/11 _____



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

1

[PROPOSED] ORDER GRANTING MOTION TO COMPEL AND
EXPEDITE PRODUCTION IN ACCORDANCE WITH PRIOR COURT ORDERED STIPULATION
IN RE APPLICATION OF THE REPUBLIC OF ECUADOR 10-MC-80225