UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: THE REPUBLIC OF ECUADOR,<br><br>Applicant,<br><br>For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782.<br>_____/ | Case No. CV10-80225 MISC CRB (EMC)<br>(related cases) |
| In re Application of:<br><br>Daniel Carlos Lusitand Yaiguaje, et al.,<br><br>Applicants,<br><br>v.<br><br>For the issuance of Subpoenas for the Taking of Depositions and the Production of Documents in a Foreign Proceeding Pursuant to 28 U.S.C. Sec. 1782.<br>_____/ | Case No. CV10-80324 MISC CRB (EMC)<br>(related cases)<br><br>**ORDER RESCHEDULING HEARING ON APPLICANT'S MOTION TO COMPEL** |

The hearing in Case No. C-10-80225 scheduled for February 2, 2011 pursuant to a prior Order of this Court (Docket No. 64) is hereby **reset** for **February 16, 2011 at 3:00 p.m.** The Court will hear argument regarding Applicant's Motion to Compel (Docket No. 49) as well as Diego Borja's Motion for Reconsideration (Docket No. 40) on that date. The Court will also hear argument on the Application for an Order pursuant to 28 U.S.C. § 1782 in Case No. C-10-80324 on that date. The briefing deadlines for Case No. C-10-80324 are as follows: Borja's opposition brief due no later than

///

1  4:00 p.m. on February 2, 2011.  Reply brief due no later than 4:00 p.m. on Monday, February 7,
2  2011.
3      IT IS SO ORDERED.

5  Dated:  January 26, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge

2