United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE APPLICATION OF:<br><br>Daniel Carlos Lusitand Yaiguaje, *et al.*,<br><br>      Applicants,<br><br>      v.<br><br>For the issuance of Subpoenas for the Taking of Depositions and the Production of Documents in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782.<br>_____/ | No. C-10-80324 MISC CRB (EMC)<br><br>**ORDER RE JOINT LETTER OF FEBRUARY 24, 2011 RE APPLICATION FOR SUBPOENA**<br><br>**(Docket No. 43)**<br><br><br><u>**RELATED CASE**</u> |
| IN RE THE REPUBLIC OF ECUADOR,<br><br>      Applicant,<br><br>For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782.<br>_____/ | No. C-10-80225 MISC CRB (EMC) |

The Court has received and reviewed the parties' joint letter of February 24, 2011. Good cause appearing therefor, the Court orders as follows:

1. <u>Objection to Document Request 1</u>

    Respondents' objection is sustained. The request is over broad.

2. <u>Proposed Protective Order</u>

    The Court shall enter the protective order concurrently filed herewith.

3. <u>Claims of Privilege</u>

Respondents may continue to assert claims of privilege. Unlike Mr. Borja's response to the ROE application, privilege claims were timely asserted herein.

4. <u>Portilla Documents</u>

Ms. Portilla is not required to respond at this time to the request for documents. Her deposition and responses to document request will be treated in tandem. However, documents within Mr. Borja's possession, custody or control shall include those to which he has joint possession, custody or control with Ms. Portilla.

This order disposes of Docket No. 43.

IT IS SO ORDERED.

Dated: February 25, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge

2