UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE REPUBLIC OF ECUADOR,<br><br>      Applicant,<br><br>For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782.<br>_____/ | No. C-10-80225 MISC CRB (EMC)<br><br>**ORDER RE LETTERS OF MARCH 2, 2011 AND MARCH 3, 2011**<br><br>**(Docket Nos. 94-96)**<br><br>**RELATED CASE** |
| IN RE THE APPLICATION OF:<br><br>Daniel Carlos Lusitand Yaiguaje, *et al.*,<br><br>      Applicants,<br><br>      v.<br><br>For the issuance of Subpoenas for the Taking of Depositions and the Production of Documents in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782.<br>_____/ | No. C-10-80324 MISC CRB (EMC) |

The Court has received Republic of Ecuador's ("ROE") letters of March 2 and 3, 2011 and Chevron's letter of March 3, 2011. Good cause appearing therefor, the Court orders as follows.

Chevron's belated assertion of privilege in respect to documents subpoenaed from Mr. Borja's by ROE (the chronology of which is stated in ROE's letter at pp. 2-3) raises serious questions as to whether Chevron has waived any attorney work product privilege therein. However, that issue need not be presently resolved. As with the case with Mr. Borja, the issue as to Chevron's

privilege shall be preserved pursuant to Federal Rule of Evidence 502(d). Thus, Mr. Borja's production shall proceed forthwith. As to any continuing efforts to resolve any remaining disputes regarding Mr. Borja's production, those negotiations shall take place between counsel for Mr. Borja and ROE only. Because Chevron's rights are adequately protected by the Rule 502 order herein, and because of the untimeliness of its entry into this dispute, Chevron shall not seek to prevent or exercise any veto over the production of any document by Mr. Borja in connection with his response to the subpoena and compliance with the prior orders of this Court.

This order disposes of Docket Nos. 94, 95 and 96.

IT IS SO ORDERED.

Dated: March 4, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge