United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE APPLICATION OF:<br><br>Daniel Carlos Lusitand Yaiguaje, *et al.*,<br><br>    Applicants,<br><br>v.<br><br>For the issuance of Subpoenas for the Taking of Depositions and the Production of Documents in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782.<br>_____/<br><br>IN RE THE REPUBLIC OF ECUADOR,<br><br>    Applicant,<br><br>For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782.<br>_____/ | No. C-10-80324 MISC CRB (EMC)<br><br>**ORDER RE JOINT LETTER OF APRIL 13, 2011 RE PROTECTIVE ORDER**<br><br>**(Docket No. 63)**<br><br>**RELATED CASE**<br><br>No. C-10-80225 MISC CRB (EMC) |

    The Court has received and reviewed the parties' joint letter of April 13, 2011. Good cause appearing therefor, the Court modifies the Protective Order herein (Docket No. 46) as follows.

    Notwithstanding anything to the contrary, the Yaiguaje Applicants may file in any Lago Agrio Litigation (as defined in Paragraph (1) of the Protective Order) without sealing documents otherwise covered by the Protective Order, excepting, however, Mr. Borja's resume and job application, Mr. Borja's privilege log and accompanying privilege log exhibits, Mr. Borja's bank statements and tax returns and tax return information as defined in I.R.C. § 6103. As to those

documents, the Yaiguaje Applicants shall exercise reasonable diligence in seeking from the court, tribunal or other judicial entity in which the filing is made, permission to file such documents under seal.  The Protective Order herein is not intended to be legally binding upon such other court, tribunal or other judicial entity, but is directed at the parties herein to exercise reasonable diligence in keeping such documents confidential.  In all other respects, the Protective Order remains in place.

This order disposes of Docket No. 63.

IT IS SO ORDERED.

Dated: April 14, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge